# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10976
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 27, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARIA DEL-CONSUELO ULLOA, also known as Shelley,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CR-282-2

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Maria Del-Consuelo Ulloa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Del-Consuelo Ulloa has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10976

We question whether counsel's certification that the Government will enforce the appellate waiver is sufficiently specific to the waiver in this case. *See United States v. Davis*, 530 F.3d 318, 320 (5th Cir. 2008). However, we need not reach that issue because it is not jurisdictional and because counsel examines all potential appellate claims, even those covered by the waiver, in the brief. *See United States v. Story*, 439 F.3d 226, 230-31 (5th Cir. 2006). We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.